68 F.3d 461
 NOTICE: Fourth Circuit Local Rule 36(c) states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
Liston Gary NOBLE, Sr., Plaintiff-Appellant,
v.
DIVISION OF CORRECTION; Richard A. Lanham, Sr.,
Commissioner of Correction; Maryland Parole
Commission, Defendants-Appellees.
 No. 95-6017.
 United States Court of Appeals, Fourth Circuit.
 Submitted: Oct. 12, 1995.
Decided: Oct. 23, 1995.
 
 Liston Gary Noble, Sr., Appellant Pro Se.
 Before WILKINSON, NIEMEYER, and LUTTIG, Circuit Judges.
 PER CURIAM:
 
 
 1
 Appellant appeals the district court's order construing this action as brought pursuant to 42 U.S.C. Sec. 1983 (1988) and transferring the matter to another district judge. We dismiss the appeal for lack of jurisdiction because the order is not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. Sec. 1291 (1988), and certain interlocutory and collateral orders, 28 U.S.C. Sec. 1292 (1988); Fed.R.Civ.P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order.
 
 
 2
 We dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.
 
 DISMISSED